UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA



192663 KLH

Nurg 3-1-11

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: JON PETER DOMBOVY

Chapter 7 Case No. 09-51623

Please Check One:

___ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR T-MOBILE / T-MOBILE USA INC. PO BOX 248848 OKLAHOMA CITY, OK 73124-8848 | 4 | $ 64.48 | $ 4.26 |

Date: 02/28/2011

J. Richard Stermer, Trustee